UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

           NO. CIV. S-11-2378 LKK

    Plaintiff,

  v.

JULIE LE, et al.,

    Defendants.

_____/

    Defendant Julie Le has filed an Answer (ECF No. 6), which contains, on every page, two hyperlinks to a commercial website, and statements to "click here to buy NOW!"  Nothing in the court's Local Rules (nor any other authority known to this court) permits a party, or counsel, to exploit the public resources of this court for such a private commercial purpose.

    The parties have filed a stipulation to dismiss defendant Julie Le, leaving the case open for the remaining "Defendants."  It is not clear to the court if the dismissal intends to dismiss defendant in her individual capacity only (which would leave two defendants remaining) or also in her capacity as "dba World Nails

1

II" (leaving only one defendant remaining).

Accordingly, it is ordered that:

1. The Clerk shall strike the Answer (ECF No. 6).

2. Defendant may file an Answer within fourteen (14) days of the date of this order. Such answer will not contain extraneous commercial matter.

3. The stipulated dismissal (ECF No. 17-1) is **DENIED**, without prejudice to its renewal.

IT IS SO ORDERED.

DATED: January 23, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2