```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff;<br><br>  vs.<br><br>Julie Le, et al,<br><br>    Defendants. | Case No. **2:11-cv-02378-LKK-CKD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Defendant Julie Le**<br><br>Case to Remain Open with Remaining Defendants |

Defendant, Julie Le, individually and d/b/a World Nails II, is hereby **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).[1]

Dated: January 31, 2013

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Counsel is reminded that because defendant has filed an answer (ECF No. 19), his request to dismiss the case pursuant to stipulation is governed by Rule 41(a)(2), and is not properly made "pursuant to FRCP 41(a)(1)" (see ECF No. 20).

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-02378-LKK-CKD- 1